399 Pa. 74 (1960)
Commonwealth
v.
Gerlach, Appellant.
Supreme Court of Pennsylvania.
Argued March 17, 1960.
April 18, 1960.
*75 Before JONES, C.J., MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.
Lee C. McCandless, for appellants.
John L. Wilson, with him Raymond C. Miller, Deputy Attorney General, and Anne X. Alpern, Attorney General, for Commonwealth, appellee.
OPINION PER CURIAM, April 18, 1960:
Decree affirmed on opinion of Judge SHUMAKER, 20 Pa. D. & C. 2d 290. Costs on appellants.